**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 26-10943
Non-Argument Calendar

---

JOHN MICHAEL COHAN,

*Plaintiff-Appellant,*

*versus*

JUDGE JASON L. CALHOUN,
CHILTON COUNTY COMMISSION,
CHILTON COUNTY PROBATE COURT,

*Defendants-Appellees.*

---

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:25-cv-00742-RAH-KFP

---

Before NEWSOM, LUCK, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. John Michael Cohan, pro se, appeals from the district court's February 19, 2026, order and judgment dismissing the action. The statutory time limit required Cohan to file a notice of appeal on or before Monday, March 23, the first business day following expiration of the 30-day appeal period. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 26(a)(1)(C); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300-01 (11th Cir. 2010). However, Cohan did not file his notice of appeal until March 24, the date it was received by the district court, which was too late to invoke our appellate jurisdiction. *See Haney v. Mizell Mem'l Hosp.*, 744 F.2d 1467, 1472 (11th Cir. 1984) (providing that a notice of appeal that is mailed to the district court is generally considered filed on the date the district court receives it); *Green*, 606 F.3d at 1300-01.

All pending motions are DENIED as moot.

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 13, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 26-10943-E
Case Style: John Cohan v. Jason Calhoun, et al
District Court Docket No: 2:25-cv-00742-RAH-KFP

Opinion Issued
Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

Petitions for Rehearing
The time for filing a petition for panel rehearing or rehearing en banc is governed by 11th Cir. R. 40-2. Please see FRAP 40 and the accompanying circuit rules for information concerning petitions for rehearing. The Court has proposed amending 11th Cir. R. 40-1 (Number of Copies) to no longer require paper copies of a petition for panel rehearing or a petition for rehearing en banc. Based on the proposed amendment, other than an original petition filed in paper by a non-electronic filer, **parties are asked not to submit any paper copies** of a petition for panel rehearing or a petition for rehearing en banc.

Costs
Costs are taxed against Appellant(s) / Petitioner(s).

Bill of Costs
If costs are taxed, please use the most recent version of the Bill of Costs form available on the Court's website at www.ca11.uscourts.gov. For more information regarding costs, see FRAP 39 and 11th Cir. R. 39-1.

Attorney's Fees
The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

Appointed Counsel
Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or

cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |